FILED

JAN 1 7 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 17-CR-30075-SMY |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Sections 2252A(a)(5)(B) |
| JACOB ELLER, | ) | and 2253 |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### POSSESSION OF CHILD PORNOGRAPHY

On or about March 17, 2016, in Fayette County, Illinois, which is within the Southern District of Illinois,

**JACOB ELLER,**

defendant herein, did knowingly possess visual depictions containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including but not limited to the following: video file "Mel 5yo fucking asshole.mp4", which depicts a prepubescent minor female, being anally penetrated by an adult male penis, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**(Forfeiture Allegation)**

Upon conviction for the offense charged in Count 1, defendant **JACOB ELLER** shall

forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following:

1. Black Toshiba Satellite laptop computer having serial number 1A104937Q and manufacturer number A505-S6005; and

2. Hitachi 500 GB hard drive device having serial number 091214PB4400Q7JW6HEA and manufacturer number HTS5450B9A300.

A TRUE BILL

*(signature)*
CHRISTOPHER HOELL
Assistant United States Attorney

*(signature)*
DONALD S. BOYCE
United States Attorney